UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------X

Thelma Rowe                                              11 CV 01939 ERK VVP

                          Plaintiff

                                                        **FILED**
                                                        IN CLERK'S OFFICE
Vs.                                                     US DISTRICT COURT E.D.N.Y.

Fulton, Friedman & Gullace LLP                          ★  **AUG 1 2 2011**  ★

                                                        BROOKLYN OFFICE
                          Defendant.
--------------------------------------------------------X

### STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for all parties to the above entitled action, that whereas no party

hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee, and no person not a party has an interest in the subject matter of the

action, the above entitled action be and the same hereby is discontinued with prejudice.

Dated: 7/29/11                                          Dated: July 28, 2011

**Bruce K. Warren, Esq.**                               **Jason P. Verhagen, Esq.**
Warren & Vullings                                       On Behalf of Defendants
Attorneys for Plaintiff                                 Fulton, Friedman & Gullace, LLP
93 Old York Road, Suite 333                             28 E. Main Street, Suite 500
Jenkintown, PA 19046                                    Rochester, NY  14614
215-745-9800                                            585-563-9713
Fax: 215-745-7880                                       Fax: 585-424-4041
Email: bkw@w-vlaw.com                                   Email: jason@fultonfriedman.com

So ordered:

s/Edward R. Korman

8/9/11